UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------x
QIN CONG WEN a/k/a "NELSON" and JIAN
CHANG LIN, Individually and on Behalf of All
Other Employees Similarly Situated,

           Plaintiffs.

    v.

AQUARIUS RESTAURANT GROUP
CORPORATION, Le Le a/k/a Leo Le, Wei Le,
Joyce "Doe" (last name unknown),

           Defendants.

-----------------------------------------------------------x

Case No.: 2:18-cv-14009-ES-JSA

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

HANG & ASSOCIATES, PLLC

*Attorneys for the Plaintiffs*

By: _Qinyu Fan_
Qinyu Fan, Esq
136-20 38th Ave., Suite 10G
Flushing, New York 11354
Tel: 718-353-8588

MANN & ASSOCIATES, PLLC

*Attorneys for Defendants*

Michael Chong, Esq
2 Executive Drive, Ste 240
Fort Lee, New Jersey 07024
Tel: 201-947-5200

SO ORDERED.

_____